MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com

Attorney for Defendant
SEAN HULDERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )    Case No.  2:26-po-00030-CSK
                                     )
                Plaintiff,           )    REQUEST FOR RULE 43 WAIVER OF
                                     )    PERSONAL APPEARANCE
vs.                                  )
                                     )
SEAN HULDERMAN,                      )
                                     )
                Defendant.           )
                                     )
_____    )

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant SEAN HULDERMAN hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon such critical stages as an arraignment, change of plea, and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

/ / /

/ / /

The original, signed copy of this waiver is being preserved by the attorney undersigned.

Respectfully submitted,

Dated:  May 13, 2026                                   /s/ Megan T. Hopkins
                                                       MEGAN T. HOPKINS
                                                       Attorney for Defendant
                                                       SEAN HULDERMAN


ORDER

        IT IS HEREBY ORDERED, the Court, having received, read, and considered the

request for a waiver of personal appearance by the defendant pursuant to Federal Rule of

Criminal Procedure 43, that the waiver is GRANTED.


Dated: May 13, 2026                   _____

                                       HON. CHI SOO KIM
                                       United States Magistrate Judge


Stipulation and Proposed Order to Continue Status Conference

2