IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 2:26-po-00030 CSK |
| Plaintiff, ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. ) | |
| SEAN T. HULDERMAN ) | |
| Defendant. ) | |

Ms. Hopkins filed an appearance in this case. The Federal Defender would like to clarify that Ms. Hopkins is appointed as panel counsel. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED Megan Hopkins is appointed to represent the above defendant in this case effective *nunc pro tunc* to April 6, 2026.

This appointment shall remain in effect until further order of this court.

DATED:  May 14, 2026

_____
HON. CHI SOO KIM
United States Magistrate Judge

ORDER APPOINTING COUNSEL            1